## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DONTE TERRELL CARTER**
**ADC #155684**                                                      **PLAINTIFF**

v.                                  **No. 3:19-cv-336-DPM**

**TONI RAYMOND, Admin, CCDC**                          **DEFENDANT**

### ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, № 12. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Carter's amended complaint doesn't allege that his rights were violated because of an official policy or an unofficial custom. № 7. His complaint will therefore be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 February 2020