# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DONTE TERRELL CARTER**
**ADC #155684**                                                    **PLAINTIFF**

v.                          No. 3:19-cv-336-DPM

**TONI RAYMOND, Admin, CCDC**                                      **DEFENDANT**

## JUDGMENT

Carter's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2020